# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00424-CV

---

**Mohammad Reza Assadi, Appellant**

**v.**

**Amir Batoei; Family AB Austin Feb 5, LP; and Lee Ab Land, LLC, Appellees**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-19-007501, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

By letter dated July 18, 2024, this Court requested a response from Appellant Mohammad Reza Assadi explaining the basis of this Court's jurisdiction over this appeal. This Court requested a response be filed on or before July 30, 2024. Assadi has not filed a response.

This Court's jurisdiction generally is limited to appeals in which there exists a final or appealable judgment or order that has been signed by a judge. *See* Tex. Civ. Prac. & Rem. Code § 51.012 (authorizing appeal "from a final judgment of the district or county court"); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that appeal generally may only be taken from final judgment that disposes of all pending parties and claims). Other possible bases of jurisdiction include appeals from designated interlocutory orders or authorized permissive appeals. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a) (interlocutory appeals), (d) (permissive appeals). Review of the clerk's record including the notice of appeal indicates that

Assadi seeks to appeal from an order dated March 29, 2024, that does not appear to dispose of all claims and parties. That order does not appear to be a final judgment or an order from which either an interlocutory or permissive appeal may be taken. Accordingly, we lack jurisdiction over this appeal.

We dismiss this appeal. *See* Tex. R. App. P. 42.3(a), (c).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: August 14, 2024